**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

---

| | |
|---|---|
| LINDA ESPINAL CERRATO<br>#A 098-993-517 | CIVIL ACTION NO. 26-1994 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN SOUTH LOUISIANA<br>PROCESSING CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

---

**ORDER**

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 4, the petitioner's Petition for Writ of Habeas Corpus, Record Document 1, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus, Record Document 1, is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE AND SIGNED** at Shreveport, Louisiana, this 11th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE